JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VANDERLINDEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. CV12-4051 MWF (CWx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Judge: Hon. Michael W. Fitzgerald |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV12-4051 MWF (CWx), is dismissed in its entirety as to all defendants, without prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: July 10, 2012

_____
Hon. Michael W. Fitzgerald
United States District Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

0.0

1

Case No. CV12-4051 MWF (CWx)
ORDER RE STIPULATION FOR DISMISSAL
OF ENTIRE ACTION WITHOUT PREJUDICE